**Raymond R. BEAUFORT et al.**

v.

**Edward J. SCOWCROFT.**

No. 80–254–A.

Supreme Court of Rhode Island.

Dec. 16, 1982.

Thomas A. Lynch, Providence, for plaintiff.

Stephen A. Gordon Ltd., Warwick, for defendant.

ORDER

The defendant's motion to withdraw his appeal as prayed is granted. The plaintiffs' motion for extension of the time within which to brief their cross appeal is denied and said appeal is hereby dismissed for lack of prosecution.

■

**Alfred LANCELLOTTI**

v.

**Alma LANCELLOTTI.**

No. 82–440–M.P.

Supreme Court of Rhode Island.

Dec. 16, 1982.

Joseph E. Marran, Jr., Pawtucket, for petitioner.

Howard I. Lipsey, Providence, for respondent.

ORDER

The petition for writ of certiorari and petitioner's motion for stay are both denied.

■

**RHODE ISLAND METAL SPECIALTIES INC.**

v.

**JERRY MADISON ENTERPRISES, INC.**

No. 82–252–A.

Supreme Court of Rhode Island.

Dec. 16, 1982.

Jon A. Mills, Providence, for plaintiff.

Dick & Hague, Ltd., William F. Hague, Jr., Providence, for defendant.

ORDER

The plaintiff's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is granted.

■

**Irene ROY**

v.

**Carol REILLY.**

No. 82–227–A.

Supreme Court of Rhode Island.

Dec. 16, 1982.

Luc R. LaBrosse, Central Falls, for plaintiff.

Carroll, McAteer & Carl, Susan A. Carl, Providence, for defendant.

ORDER

Treating the defendant's dismissal motion as a motion to affirm the judgment of the Superior Court pursuant to Rule 16(g), the motion to affirm is hereby granted.